IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

**DONNA KEEN,**

    Plaintiff,

    v.

**THOMAS COUNTY BOARD OF COMMISSIONERS and THOMAS COUNTY, GEORGIA,**

    Defendants.

Action No. 7:11-cv-169 (HL)

### ORDER

Plaintiff Donna Keen and her counsel have notified the Court that the parties have resolved this matter out of court. Plaintiff has requested that the Court retain jurisdiction, but the Court declines to do so. At the conclusion of the case, the Court will no longer have jurisdiction over this matter. The Clerk is ordered to close the case.

**SO ORDERED,** this 10th day of September, 2012.

                              *s/ Hugh Lawson*
                              HUGH LAWSON, SENIOR JUDGE

ebr